

# Fourth Court of Appeals
## San Antonio, Texas

September 9, 2014

No. 04-14-00632-CV

**IN RE WILLIAMSBURG CARE COMPANY, L.P.**
d/b/a Princeton Place Rehabilitation and Healthcare

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Catherine Stone, Chief Justice
             Karen Angelini, Justice
             Sandee Bryan Marion, Justice

On September 5, 2014, relator filed a petition for writ of mandamus and a motion to stay the trial court proceedings with respect to two orders signed by the trial court on September 4, 2014. On September 5, 2014, we denied relator's motion to stay in part and held a portion of the request for stay in abeyance. Having further reviewed relator's petition and motion, the court is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus and the portion of the motion to stay previously held in abeyance are DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on September 9th, 2014.

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of September, 2014.

_____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2013-CI-05792, styled *Alejandra Quintanilla, Individually, and as Representative of the Estate of Erminio Rangel, Deceased; Guadalupe Rangel, Individually; Ramona Rangel, Individually; Carmen Rangel, Individually; Maria Hernandez, Individually; Erminio Rangel Jr., Individually; Francisca Rangel Lopez, Individually; and Maria R. Gonzalez, Individually v. Williamsburg Care Company, LP d/b/a Princeton Place Rehabilitation and Healthcare; Michael S. Dugo, M.D.; and Lino Ramos, M.D.*, pending in the 73rd Judicial District Court, Bexar County, Texas, the Honorable David A. Canales and the Honorable Barbara Hanson Nellermoe, presiding.